In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-16-00146-CR**

_____

**REX EARL RAMSEY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 252nd District Court**
**Jefferson County, Texas**
**Trial Cause No. 15-22101**

**MEMORANDUM OPINION**

On April 22, 2016, the trial court sentenced Rex Earl Ramsey on a conviction for felony theft. Ramsey filed a notice of appeal on April 29, 2016. The district clerk has provided the trial court's certification to the Court of Appeals. The trial court certified that this is a plea-bargain case and the defendant has no right of appeal. *See* Tex. R. App. P. 25.2(a)(2).

On May 3, 2016, we notified the parties that we would dismiss the appeal unless the appellant established grounds for continuing the appeal. No response has

been filed. Because the record does not contain a certification that shows the defendant has the right of appeal, we must dismiss the appeal. *See* Tex. R. App. P. 25.2(d). Accordingly, we dismiss the appeal.

     APPEAL DISMISSED.


_____
LEANNE JOHNSON
Justice


Submitted on May 31, 2016
Opinion Delivered June 1, 2016
Do Not Publish

Before Kreger, Horton, and Johnson, JJ.